65 A.3d 384

**Kurt DANYSH, Appellant**

v.

**John E. WETZEL, Secretary of the Pennsylvania Department of Corrections, Appellee.**

Supreme Court of Pennsylvania.

April 24, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of April, 2013, the order of the Commonwealth Court is hereby **AFFIRMED.**